UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Statesville Division

| | |
|---|---|
| FIBREWORKS COMPOSITES, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>DIVERSIFIED MACHINE SYSTEMS, LLC,<br>SCM GROUP NORTH AMERICA, INC.,<br>AND CMS NORTH AMERICA, INC.,<br><br>                              Defendants. | CASE NO. 5:23-CV-00103-KDB-DCK |

## ORDER OF DISMISSAL WITH PREJUDICE

This Court, having received the Parties' Joint Stipulation to Dismiss with Prejudice, finds that such Stipulation should be GRANTED.

**IT IS ORDERED** that the Plaintiff's Complaint is DISMISSED with prejudice, with each party bearing its own fees and costs.

**IT IS SO ORDERED.**

Signed: January 5, 2024

Kenneth D. Bell
United States District Judge